JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WAYNE E. GRIGGS, | No. ED CV 13-00339-DOC (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Approving Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that: (1) Plaintiff's Motion for Summary Judgment is denied; (2) the Commissioner of Social Security's Cross-Motion for Summary Judgment is granted; (3) that judgment be entered affirming the decision of the Commissioner of Social Security, and (4) this action is dismissed with prejudice.

DATED: January 8, 2014

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE